# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DRAGAN, an individual; KIRILL DRAGAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM VALLADOLID, an individual; TROJAN INVESTMENTS, LLC, a California limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: CV 18-448-MWF (FFMx) <br><br> **ORDER FOR PRELIMINARY INJUNCTION** |

On June 26, 2018, Plaintiffs filed an Ex Parte Application for a Temporary Restraining Order and to Set a Hearing on an Order to Show Cause Regarding a Preliminary Injunction (the "TRO Application"). (Docket No. 20). On June 27, 2018, Defendants filed a Statement of Non-Opposition to the TRO Application. (Docket No. 23). On the same day, the Court granted the TRO Application and set a hearing, for July 30, 2018, and a briefing schedule on the Order to Show Cause. ("TRO Order") (Docket No. 24).

On July 9, 2018, Defendants filed a Statement of Non-Opposition, indicating that they do not oppose the entry of a preliminary injunction in the form of the TRO Order. (Docket No. 30).

Now, therefore, pursuant to Rule 65 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a preliminary injunction shall issue. The above-named Defendants, their officers, directors, employees, agents, subsidiaries, distributors and other persons in active concert or participation with them having actual notice of this Order, are hereby restrained and enjoined, pending the resolution of this lawsuit, from:

1. Dissipating, spending or using any funds given to them by Plaintiffs, including: (a) the $600,000 remaining portion of the $1,200,000 investment made by Plaintiffs with Valladolid in December 2016; and (b) the $950,000 investment made by Plaintiffs with Trojan in or around March 2017; or

2. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph (1) above.

The hearing set for **July 30, 2018** is **VACATED**.

**IT IS SO ORDERED.**

DATED: July 23, 2018.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE