JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DRAGAN, an individual; and KIRILL DRAGAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM VALLADOLID, an individual,<br><br>Defendant. | Case No. 2:18-cv-448-MWF (FFMx)<br><br>Before the Honorable Michael W. Fitzgerald<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

The Court previously granted summary judgment in favor of Plaintiffs George Dragan and Kirill Dragan and against Defendant William Valladolid. (Docket No. 101). The Court also previously granted Plaintiffs' request for dismissal of all of Plaintiffs' claims against Defendants Trojan Investments LLC, Mikhail Sosinsky, and Anna Sosinsky. (Docket No. 110). All claims in this action are now resolved.

NOW, THEREFORE, pursuant to Rules 54, 58, and 65(d) of the Federal Rules of Civil Procedure,

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Plaintiff be entered as follows:

1. Judgment in the amount of **$1,434,800** is entered in favor of Plaintiffs and against Valladolid;
2. Plaintiffs are entitled to pre- and post-judgment interest as provided by law.
3. Defendant William Valladolid shall provide an accounting to Plaintiffs with respect to the $2,210,000 at issue in this lawsuit that Plaintiffs transferred, and/or caused to be transferred, either directly to Valladolid or to Valladolid via Trojan Investments LLC (the "Funds"), by providing, upon the request of Plaintiffs, all documents and information in the possession, custody or control of Valladolid or his agents that may assist Plaintiffs to identify, understand and/or trace the use, transfer, location or disposition of the Funds and any proceeds thereof;
4. The preliminary injunction entered by this Court on July 23, 2018 (Docket No. 33) against Valladolid is hereby entered as a permanent injunction, on the same terms as the preliminary injunction.
5. Plaintiffs are awarded their costs as provided by law.

IT IS SO ORDERED.

Dated: April 9, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge